FILE COPY

No. 07-15-00068-CR

| | | |
|---|---|---|
| Jeremy Edward Sustaita<br>   Appellant | § | From the 181st District Court<br>   of Potter County |
| | § | |
| v. | | December 9, 2015 |
| | § | |
| The State of Texas<br>   Appellee | § | Opinion by Justice Campbell |
| | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated December 9, 2015, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

It is further ordered that appellant pay all costs in this behalf expended for which let execution issue.

It is further ordered that this decision be certified below for observance.

o O o